```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03538
   LEMON CALVIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7988

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/28/2007 and was confirmed 07/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 10/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC    SECURED NOT I      .00             .00           .00
LITTON LOAN SERVICING     SECURED NOT I      .00             .00           .00
MOREQUITY                 CURRENT MORTG      .00             .00           .00
AMEX                      UNSECURED     NOT FILED            .00           .00
AMERICAN EXPRESS CENTURI  UNSECURED       3772.33            .00           .00
AMEX                      UNSECURED     NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED       3562.34            .00           .00
CAPITAL ONE               UNSECURED       7352.60            .00           .00
B-REAL LLC                UNSECURED       2957.27            .00           .00
CREDIT FIRST NA           UNSECURED       1301.90            .00           .00
BEST BUY                  UNSECURED     NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED       3764.80            .00           .00
ECAST SETTLEMENT CORP     UNSECURED      11064.72            .00           .00
ECAST SETTLEMENT CORP     UNSECURED       2623.28            .00           .00
NICOR GAS                 UNSECURED        170.49            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        485.33            .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED        804.67            .00           .00
CHASE HOME FINANCE LLC    NOTICE ONLY   NOT FILED            .00           .00
CHASE HOME FINANCE LLC    SECURED NOT I   3043.71            .00           .00
LITTON LOAN SERVICING     SECURED NOT I    865.43            .00           .00
PIERCE & ASSOC            NOTICE ONLY   NOT FILED            .00           .00
AMERICAN EXPRESS CENTURI  UNSECURED      12367.08            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,584.00                       1,498.91
TOM VAUGHN                TRUSTEE                                         111.09
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,610.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03538 LEMON CALVIN
```

```
PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                       1,498.91
TRUSTEE COMPENSATION                                                   111.09
DEBTOR REFUND                                                             .00
                                        ---------------       ---------------
TOTALS                                         1,610.00              1,610.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 01/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 07 B 03538 LEMON CALVIN